CARRIE DIABLE, Appellant, v. CITY OF SYRACUSE, Respondent. — Order affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal of the order and reinstatement of the verdict. (The order grants defendant's motion to set aside the verdict of a jury in favor of plaintiff and for a dismissal of the complaint in an action for damages for personal injuries alleged to have been sustained by plaintiff when she slipped at the entrance

of the City Hall.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.